# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRED ANTHONY ARAGON, | Case No.: 2:23-cv-00682-ART-NJK |
| Plaintiff, | **Order** |
| v. | |
| HENDERSON DETENTION CENTER, et al., | |
| Defendant. | |

Plaintiff, who is currently incarcerated at the Henderson Detention Center, asserts that some of the detention officials have indicated that they will not sign the required documents for Plaintiff's application to proceed *in forma pauperis*. Docket No. 3.

The Court liberally construes the filings of *pro se* parties; therefore, the Court construes this letter as a request to file his application to proceed *in forma pauperis* without one of the required documents.[1] Plaintiff must complete the first three pages of the application, attach a copy of the ledger of his trust fund account statement that officials provided him with, and include a statement of who he asked to sign the financial certificate and the official's response to that request. After receiving this information, the Court will determine whether it will consider Plaintiff's application complete.

IT IS ORDERED that, no later than **July 5, 2023**, Plaintiff must either pay the full $402 filing fee or file an application to proceed *in forma pauperis* in compliance with this order. *See* Docket No. 2.

---

[1] Plaintiff also asks the Court a question regarding whether he needs to file an application to proceed *in forma pauperis* in every case he files. Docket No. 3 at 2. Courts cannot give legal advice to litigants; therefore, the Court declines to answer his question.

1

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

IT IS SO ORDERED.

DATED: May 31, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE